No. 16,753.

JUMP *v.* WESTERN AMERICAN LIFE INSURANCE COMPANY.
(238 P. [2d] 196)

Decided November 19, 1951.

*Per Curiam.*

Judgment affirmed en banc without written opinion.

Mr. JOHN T. DUGAN, for plaintiff in error.

Mr. MILTON C. GARWOOD, for defendant in error.